IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | | |
|---|---|---|
| ZACHARY BOUVIER TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:03-cv-930-F |
| | ) | WO |
| DENNIS HARRELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #19) to the Recommendation of the Magistrate Judge (Doc. #17) filed on June 8, 2005 is overruled;

2. The Recommendation of the Magistrate Judge entered on May 23, 2005 is adopted;

3. All of the plaintiff's federal claims are DISMISSED.

4. All of plaintiff's state law claims are DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

DONE this 28th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE