IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ZACHARY BOUVIER TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:03-cv-930-F |
| ) | WO |
| DENNIS HARRELL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is dismissed, and costs are taxed against the plaintiff.

DONE this 28th of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE